UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTASIA JOHNSON,

      Plaintiff,                       Case No. 21-cv-10797
                                         Hon. Matthew F. Leitman

v.

DEARBORN BISTRO d/b/a
PANTHEION CLUB,

      Defendant.

_____/

## <u>ORDER TERMINATING APPEARANCES OF PLAINTIFF'S COUNSEL</u>

This is an action filed by Plaintiff Montasia Johnson under the Fair Labor Standards Act and the Michigan Minimum Wage Law.  Johnson was represented originally by attorneys Gregg C. Greenberg, of the law firm Zipin, Amster & Greenberg, LLC, and David A. Kowalski, of the law firm Mellon Pries Kowalski, P.C.  During the motion hearing held on October 13, 2021, Greenberg orally moved for the withdrawal of himself and Mr. Kowalski from their representation of Johnson in this action.  For the reasons stated on the record, that motion is **GRANTED** and the Appearances of Greenberg and Kowalski (and their firms) are **TERMINATED**.

**IT IS SO ORDERED.**

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  October 14, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764