UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTASIA JOHNSON,

      Petitioner,                                             Case No. 21-cv-10797
                                                                         Hon. Matthew F. Leitman

v.

DEARBORN BISTRO d/b/a
PANTHEION CLUB,

      Respondent.
_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

For the reasons stated on the record on November 17, 2021, this action is

**DIMISSED WITHOUT PREJUDICE** for failure to prosecute.

    **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  November 22, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 22, 2021, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764